UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:09CR174-FDW |
|---|---|---|
| v. | ) ) ) ) | **ORDER UNSEALING CASE DOCUMENTS** |
| OMAR LOZOYA-RODRIGUEZ | ) | |

THIS MATTER comes before this Court upon Motion of the United States to unseal the documents in this case. Because the reason for sealing them no longer exists, it is hereby ORDERED that the documents in this case be UNSEALED.

Signed: May 11, 2010

Frank D. Whitney
United States District Judge

CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of May, 2010, the foregoing Proposed Order was duly served through the Electronic Court Filing system upon the defendant's last counsel of record:

      Julia G. Mimms
      Email: jmimms@bellsouth.net


      /s/ Kenneth M. Smith
      KENNETH M. SMITH
      Assistant United States Attorney
      N. C. State Bar No. 17934
      227 West Trade Street, Suite 1650
      Charlotte, North Carolina 28202
      704.344.6222 phone
      704.344.6629 facsimile transmission
      email: kenny.smith@usdoj.gov